**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1298**

———————

ANTHONY YEMOH SMITH,

               Plaintiff - Appellant,

      v.

TREASURY INSPECTION GENERAL FOR TAX ADMINISTRATION (TIGTA),

               Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  James K. Bredar, District Judge. (1:11-cv-02033-JKB)

———————

Submitted:  July 26, 2012         Decided:  August 14, 2012

———————

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Yemoh Smith, Appellant Pro Se.  Jonathan S. Cohen, Kenneth W. Rosenberg, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Yemoh Smith appeals the district court's orders dismissing his Privacy Act complaint and his motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Smith's motion to proceed on appeal in forma pauperis and affirm for the reasons stated by the district court. Smith v. Treasury Inspection Gen. for Tax Admin., No. 1:11-cv-02033-JKB (D. Md. filed Dec. 1, 2011 & entered Dec. 2, 2011; Jan. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED